FILED'07 JAN 04 11:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL GOSLINE, | Civil No. 06-131-KI |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEY FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,800.00 will be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs or expenses will be awarded.

DATED this ____ day of __Jan__, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1    ORDER - [06-131-KI]